[No. 38626-3-I.    Division One.    August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN T. MELCER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01983-2, Gerald L. Knight, J., entered April 19, 1996. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 39779-6-I.    Division One.    August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBE TEODORO JUAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04637-6, Laura Inveen, J., entered November 8, 1996. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 39846-6-I.    Division One.    August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. M.P., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-8-01529-6, Greg Iverson, J. Pro Tem., entered November 15, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker and Becker, JJ.

[No. 40524-1-I.    Division One.    August 3, 1998.]

JACKY YARBROUGH, ET AL., *Appellants*, v. BRUCE NAHON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-29215-1, Suzanne M. Barnett, J., entered March 21, 1997. *Affirmed* by unpublished per curiam opinion.